UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-cv-37-RJC

| | |
|---|---|
| LaQUEZ SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHAD SHARPE, Corrections Officer ) | ORDER |
| at the Alexander Correctional Institution; ) | |
| JOHN DOE # 1, Corrections Officer at ) | |
| ACI; JOHN DOE # 2, Corrections Officer at ) | |
| ACI; JOHN DOE # 3, Corrections Officer at ) | |
| ACI; and JOHN DOE # 4, Corrections Officer ) | |
| at ACI, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Defendants' Answer to Plaintiff's Complaint on October 26, 2011. (Doc. No. 30). If the parties wish to conduct discovery, it is hereby **ORDERED** that they have thirty (30) days from the entry of this Order in which to serve discovery requests.

Signed: January 17, 2012

Robert J. Conrad, Jr.
Chief United States District Judge