# United States District Court
## For The Western District of North Carolina
## Statesville Division

LAQUEZ SIMMONS,

        Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                               5:10CV37

CHAD SHARPE, ET AL,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2012 Order.

                         Signed: September 28, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court